Court of Appeals
Fourth Court of Appeals District of Texas
San Antonio


## MEMORANDUM OPINION

No. 04-11-00518-CV

**3TI, INC.**, Tracy Trinidad and Mark A. Trinidad,
Appellants

v.

**PALOS & GUZMAN SERVICES, INC.**,
Appellee

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2011-CI-04166
Honorable Richard Price, Judge Presiding

PER CURIAM

Sitting:     Rebecca Simmons, Justice
             Steven C. Hilbig, Justice
             Marialyn Barnard, Justice

Delivered and Filed:  September 21, 2011

APPEAL DISMISSED, CASE REMANDED

The parties have filed a joint motion to dismiss this restricted appeal of a default judgment. They agree that there was defective service of process in the underlying case. They have asked this court to dismiss the appeal and remand the case to the trial court for a new trial.

The parties' joint motion is granted in part. In accordance with their agreement, we vacate the trial court's May 6, 2011 judgment without regard to the merits. We remand the case

to the trial court for further proceedings consistent with this opinion. *See generally Caballero v. Heart of Tex. Pizza, L.L.C.*, 70 S.W.3d 180, 181 (Tex. App.—San Antonio 2001, no pet.).


PER CURIAM